JOHN SCHEPPS, Appellant, *v.* JAPANESE FAN COMPANY, Respondent.

First Department, June 2, 1911.

See head note in *Schepps* v. *Japanese Fan Co.* (*ante*, p. 418).

APPEAL by the plaintiff, John Schepps, from an order of the Supreme Court, made at the New York Special Term and entered in the office of the clerk of the county of New York on the 29th day of March, 1911, directing the plaintiff to serve a further bill of particulars.

*Edward G. Delaney*, for the appellant.

*Jacob Newman*, for the respondent.

McLAUGHLIN, J.:

This appeal is from an order denying a motion for a further bill of particulars. The appeal presents a question similar to the one presented in *Schepps* v. *Japanese Fan Co.* (145 App. Div. 418), and for the reasons stated in the opinion in that case the order here appealed from is reversed, with ten dollars costs and disbursements, and a motion for a further bill of particulars denied, with ten dollars costs.

INGRAHAM, P. J., LAUGHLIN, CLARKE and SCOTT, JJ., concurred.

Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs.